**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JOLENE MEREDITH, ) | |
| ) | |
| Plaintiff, ) | NO. CV-07-166-JPH |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 23rd day of May, 2008.

JAMES R. LARSEN
District Court Executive/Clerk


by: ___s/ Karen White_____
Deputy Clerk

cc: all counsel